FILED '03 FEB 26 10:31 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RICHARD E. LEE,

        Petitioner,

vs.

ROBERT O. LAMPERT,

        Respondent.

C.A. No.
U.S.D.C. No. 02-300-CO

**CERTIFICATE OF RECORD**

    This certificate is submitted in conformance with U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of the reporter's transcripts (if any) and the U.S. District Court Clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the U.S. District Court Clerk.

    The documents comprising the District Court Clerk's Record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the district court docket sheet and should be used for reference purposes in the briefs.

    The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in Civil appeals, except those cases in the prebriefing conference cases. Appeals in habeas corpus and 28 USC § 2255 Motion to Vacate Sentence Cases are treated as civil appeals in the Court of Appeals. <u>Criminal</u> appeals briefing schedules have been set by Time Schedule Order and a new schedule will be issued upon the filing of this document. In civil cases all parties will receive separate notification of this filing date from the Court of Appeals.

    Dated this 26th day of February, 2003.

                                DONALD M. CINNAMOND, CLERK

                                By _Debbie Norris_ (signature)
                                Debbie Norris, Deputy Clerk

Transcripts Filed: None