FILED '03 AUG 08 18:09 USDC-ORP

**FILED**

UNITED STATES COURT OF APPEALS

JUN 18 2003

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RICHARD R. LEE,

    Petitioner-Appellant,

v.

ROBERT O. LAMPERT,

    Respondent-Appellee.

No. 03-35183

D.C. No. CV-02-00300-CO
Oregon
(Medford)

ORDER

**ORIGINAL**

Before:    KOZINSKI and GOULD, Circuit Judges.

The request for a certificate of appealability is granted with respect to the following issue: whether the district court properly denied appellant's federal habeas corpus petition as untimely. See 28 U.S.C. §§ 2244(d); 2253(c)(2). All other pending motions and requests are denied.

The court *sua sponte* appoints counsel, who will be appointed by separate order.

The Clerk shall serve a copy of this order on Steven T. Wax, Federal Public Defender, 101 S. W. Main Street, Suite 1700, Portland, Oregon 97204, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX:

C:\GYC 9CA WORK\COAs\03-35183(GrantUntimely).wpd

(415) 556-6228) within 14 days of locating counsel.

Appellant's opening brief is due August 18, 2003; appellee's answering brief is due September 22, 2003; and the optional reply brief is due within 14 days after service of the answering brief.