FILED '04 NOV 17 11:58USDC-ORM

Stephen R. Sady, OSB #81099
Chief Deputy Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD R. LEE,                              )        CV No. 02-300-CO
                                             )
                    Plaintiff,               )
                                             )        ORDER APPOINTING
        vs.                                  )        COUNSEL
                                             )
ROBERT O. LAMBERT, Warden,                   )
Snake River Correctional Institution,        )
                                             )
                    Respondent.              )

        IT IS ORDERED that the Federal Public Defender is appointed as counsel for

Richard R. Lee pursuant to the provisions of 18 U.S.C. §3006A.

        DATED this 17 day of November, 2004.

                                        The Honorable John P. Cooney
                                        United States Magistrate Judge

PRESENTED BY:

Steven T. Wax/Stephen R. Sady
Federal Public Defender

Page 1 - ORDER APPOINTING COUNSEL