Stephen R. Sady, OSB #81099
Chief Deputy Federal Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org
Attorney for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | **Civ. No. 02-300-CO** |
| **Petitioner,** | **FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254** |
| **vs.** | |
| **ROBERT LAMPERT,** | |
| **Respondent.** | |

The petitioner, through counsel Stephen R. Sady, submits this First Amended Petition to add an additional claim for relief.  Mr. Lee incorporates the claims already identified in the petition filed on March 11, 2002.

1.   Court:  The court entering the decisions at issue is the Linn County Circuit Court, in *State v. Lee*, Case No. 94071507 (State Exhibit 101)

2.   Judgment/Decision at Issue:   June 26, 1995

3.   Length of sentence: 170 months

4.    Nature of offenses involved: 2 counts each of Sodomy I, Sex Abuse I.

5.    Nature of plea: Not guilty

6.    Kind of trial: Jury

7.    Did you testify at trial: No

8.    Did you appeal from the judgment: Yes.

9.    (a) Name of court: Oregon Court of Appeals

      (b) Affirmed without opinion. *State v. Lee*, 141 Or. App. 597 (1996)

      (c) Judgement issued September 30, 1996 (State Exhibit 103)

      (d) No grounds raised: *Balfour* brief filed, no section B filed

      (e) No review sought in Oregon Supreme Court

      (f) No review sought in United States Supreme Court

10.   Sought post-conviction relief in Marion County Circuit Court in case No. 98C11671 (State Exhibit 104).

      (a)   Denial of effective assistance of counsel in violation of the 6th and 14th Amendments to the United States Constitution; denial of effective assistance of appellate counsel n violation of the 6th and 14th Amendments to the United States Constitution; unconstitutional sentence.

      (b)   Petition for post-conviction relief denied.

      (c)   Affirmed without opinion in *Lee v. Palmateer,* 174 Or.App. 320 (2001)

      (d)   Petition for review denied.  332 Or. 230 (2001) (State Exhibit 105).

/ / /

11.    GROUNDS FOR RELIEF:

Ground 1.    Ineffective assistance of counsel in violation of the 6th Amendment to the United States Constitution in the following respects:

    1.    Trial counsel refused to secure the services of an expert witness in the area of child coaching.

    2.    Trial counsel failed to object to the State's limitation and interference with defense efforts.

    3.    Trial counsel failed to move to recuse trial judge based on bias.

    4.    Trial counsel refused to withdraw as counsel.

Ground 2.    Ineffective assistance of appellate counsel in violation of the 6th and 14th Amendments to the United Constitution in the following respect:

    1.    Appellate counsel failed to present trial court error by filing a *Balfour* brief.

Ground 3.    Violation of due process rights secured by the 14th Amendment.

    1.    Trial court abused his discretion by allowing the State to present inadmissible inflammatory evidence without the proper pre-admission evidentiary hearing.

    2.    Denial of a fair trial by several biased and patently unfair and unfounded rulings.

    3.    Trial court allowed the State to wrongfully limit the defense effort at the behest of the State prosecutor.

Ground 4.    Insufficiency of the evidence and actual innocence in violation of the 14th Amendment.

1.       The State's entire case rested on the credibility of a child with a long history of prior abuse and other hearsay representations made by the State and its witnesses who provided clearly and obviously tailored testimony to obtain a conviction.

Ground 5.     The petitioner was denied his right to confrontation in violation of his Sixth Amendment rights under the United States Constitution and *Crawford v. Washington,* 124 S. Ct. 1384 (2004), when an unavailable witness's testimonial out-of-court statements were admitted into evidence although the petitioner had no prior opportunity to cross-examine the witness.

12.    PRAYER FOR RELIEF:

Petitioner Richard Lee, respectfully requests that this Court:

1.       Issue a Writ of Habeas Corpus to have Petitioner brought before this Court so that he might be discharged from his unconstitutional confinement and restraint.

2.       Grant Petitioner the right to conduct discovery, including the right to take depositions, request admissions, and propound interrogatories, as well as the means to preserve the testimony of witnesses.

3.       Permit Petitioner a reasonable opportunity to supplement this Petition to include claims that become known as a result of ongoing investigation and information that may hereafter become known to counsel.

4.       Order and conduct an evidentiary hearing at which proof may be offered concerning each of the allegations in the Petition.

5.       After full consideration of the issues raised in this Petition, order that Petitioner be

granted relief from his conviction and sentence, and order that the State of Oregon has ninety (90) days after the issuance of the order to either retry him on these allegations or dismiss all charges based thereon.

6.    Grant Petitioner such further relief as is appropriate and just in the interests of justice.

RESPECTFULLY SUBMITTED this July 25, 2005.

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing FIRST AMENDED PETITION on

Assistant Attorney General Lynn Larsen on July 25, 2005, by electronic filing.


/s/ Christine Moore
Christine Moore

(O:\Client\Sady\Lee\Remand\amend.pet)