Stephen R. Sady, OSB #81099
Chief Deputy Federal Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CO |
| Petitioner, | **STATUS REPORT** |
| vs. | |
| **ROBERT LAMPERT,** | |
| Respondent. | |

Pursuant to the Court's order of June 28, 2005, the petitioner, through his attorney, Stephen R. Sady, respectfully submits the following report on the status of Mr. Lee's post-conviction petition.

On March 9, 2005, Mr. Lee signed his second state post-conviction petition raising the newly recognized claim under *Crawford v. Washington,* 124 S.Ct. 1384 (2004), *Lee v. Hill,* CV 05-004439M. The State moved for summary judgment on June 24, 2005. Following a hearing on August 9, 2005, the state post-conviction court granted the motion for summary judgment and dismissed the post-conviction petition on August 9, 2005. Mr. Lee's appointed state counsel,

Manuel Perez, has advised counsel that he will be filing a motion for reconsideration within the next few days, which, if unsuccessful, will result in a timely appeal. Mr. Lee continues to diligently exhaust his state post-conviction remedies.

    RESPECTFULLY SUBMITTED this August 29, 2005.

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Status Report on Assistant Attorney General Lynn Larsen on August 29, 2005, by electronic filing.

/s/ Christine Moore
Christine Moore