Stephen R. Sady, OSB #81099
Chief Deputy Federal Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD LEE,**                                    Civ. No. 02-300-CO

        **Petitioner,**                              **STATUS REPORT**

**vs.**

**ROBERT LAMPERT,**

        **Respondent.**

Pursuant to the Court's order of August 30, 2005, the petitioner, through his attorney, Stephen R. Sady, respectfully submits the following report on the status of Mr. Lee's post-conviction petition.

Mr. Lee filed his second state-post conviction petition raising the newly recognized claim under *Crawford v. Washington,* 541 U.S. 36 (2004), on March 9, 2005. *Lee v. Hill,* CV 05-004439M. After the state post-conviction court granted the state's motion for summary judgment and dismissed the post-conviction petition on August 9, 2005, Mr. Lee's appointed state counsel, Manuel Perez,

filed a motion for reconsideration on September 2, 2005.  That motion is still pending.

    Mr. Lee also filed a notice of appeal.  A motion is pending to allow the appeal to go forward in the event the motion for reconsideration is denied.

    RESPECTFULLY SUBMITTED this November 28, 2005.

    /s/ Stephen R. Sady  
    Stephen R. Sady  
    Attorney for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Status Report on Assistant Attorney General Lynn Larsen on November 28, 2005, by electronic filing.

/s/ Christine Moore
Christine Moore