Stephen R. Sady, OSB #81099
Chief Deputy Federal Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CO |
| **Petitioner,** | **MOTION FOR EXTENSION OF TIME** |
| vs. | |
| **ROBERT LAMPERT,** | |
| **Respondent.** | |

The petitioner, through counsel, Stephen R. Sady, respectfully moves this Court for an order extending the deadline for filing responsive pleadings in the above-entitled case, which are currently due to be filed February 2, 2007. An extension of 60 days, to April 3, 2007, is needed to complete research and writing of the memorandum. The respondent,

through Assistant Attorney General Douglas Park, has no objection to the requested extension.

RESPECTFULLY SUBMITTED this February 2, 2007.

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Petitioner