

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 1, 2007

Case Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CV 02-0300-CL

Case Title . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Lee v. Lampert

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable John P. Cooney to the Honorable Mark D. Clarke, United States Magistrate Judge.[1] Case information can be obtained from the following::

    Scheduling & Docket Information:    Debbie Norris
    Telephone:    (541) 608-8772
    email:    debbie_norris@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Medford, 201 James A. Redden United States Courthouse, 310 W. Sixth Street, Medford, Oregon 97501.

**(C)** **Change to the Case Number:** Effective immediately, Judge Clarke's initials (CL) will replace the previous judge's initials in this case.

    **SHERYL S. McCONNELL**
    **Clerk of Court**

cc:    Judge Clarke
       Counsel of Record

---

[1] *All United States Magistrate Judges in this District are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge). We strongly encourage the parties to consent to the jurisdiction of a U.S. Magistrate Judge over dispositive motions, trial, and entry of final judgment in this case by signing and filing a Consent to Jurisdiction by a United States Magistrate Judge . There are no adverse consequences for failure to file a Consent.*

**Revised August 1, 2006**       **Case Reassignment Notice**