FILED '07 APR 04 13:46 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RICHARD LEE,

        Petitioner,

    v.

ROBERT O. LAMPERT,

        Respondent.

Case Number 02-300-CL

**ORDER TO SHOW CAUSE**

CLARKE, Magistrate Judge.

The petitioner's brief was due on April 3, 2007. It was not filed. Therefore, Petitioner is order to show cause in writing within 14 days as to why this case should not be dismissed for failure to comply with the court's order and for lack of prosecution. Failure to respond will result in dismissal of the case with prejudice.

DATED this ___ day of April, 2007.

_____
Mark D. Clarke
U.S. Magistrate Judge

Page 1 - ORDER TO SHOW CAUSE