**Stephen R. Sady, OSB #81099**
**Chief Deputy Federal Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: Steve_Sady@fd.org**

**Attorney for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CL |
| Petitioner, | **RESPONSE TO ORDER TO SHOW CAUSE** |
| vs. | |
| **ROBERT LAMPERT,** | |
| Respondent. | |

The petitioner, through his attorney, Stephen R. Sady, respectfully responds as follows to the Order to Show Cause issued on April 3, 2007. This case has been pending while awaiting the decision in *Whorton v. Bockting*, 127 S.Ct. 1173 (2007). In light of the Supreme Court's decision, the petitioner's reply is being reconfigured to account for the Court's holding. We had scheduled this matter to be the subject of a request for an extension of time,

**Page 1   RESPONSE TO ORDER TO SHOW CAUSE**

which unfortunately was inadvertently not filed as scheduled. The Respondent, through Assistant Attorney General Doug Park, has no objection to an extension of the time within which to file a reply for a further three weeks to and including April 25, 2007. Counsel apologizes for the failure to timely request the extension.

    RESPECTFULLY SUBMITTED April 5, 2007.

                                            /s/ Stephen R. Sady
                                            Stephen R. Sady
                                            Attorney for Petitioner