HARDY MYERS
Attorney General
DOUGLAS Y.S. PARK #98090
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: doug.park@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CO<br><br>AFFIDAVIT OF LYNN DAVID LARSEN |

STATE OF OREGON   )
                              ) ss.
County of Marion    )

      I, Lynn David Larsen, being first duly sworn on oath, depose and say:

      1.    I am an attorney licensed to practice law in the State of Oregon and a Senior Assistant Attorney General for the State of Oregon. I am also the Attorney-in-Charge of the Department of Justice section that handles federal habeas corpus cases in the United States District Courts.

      2.    The above-captioned case has previously been transferred to Senior Assistant Attorney General Doug Park.

Page 1 -   AFFIDAVIT OF LYNN DAVID LARSEN
          DP/gcz/TRIL0286
                                      Department of Justice
                                      1162 Court Street NE
                                      Salem, OR 97301-4096
                                      (503) 947-4700

3. Respondent has previously filed an answer and response to petitioner's habeas corpus petition. Petitioner has now filed his memorandum in support of petition for writ of habeas corpus. Additional time is needed to review and respond to petitioner's briefing.

4. Petitioner's counsel, Mr. Steve Sady, Chief Deputy Federal Public Defender, does not oppose this motion.

5. This is respondent's first request for an extension of time to reply to petitioner's supporting memorandum.

6. Therefore, on behalf of Mr. Park, I respectfully request a 60-day extension until **August 27, 2007**, to file respondent's reply to petitioner's memorandum in support of petition for writ of habeas corpus.

_____
LYNN DAVID LARSEN
Attorney-in-Charge

SUBSCRIBED AND SWORN to before me this 25th day of June, 2007.

_____
Notary Public for Oregon
My Commission Expires: 6.30.08

OFFICIAL SEAL
MARTIE TAYLOR
NOTARY PUBLIC-OREGON
COMMISSION NO. A382326
MY COMMISSION EXPIRES JUNE 30, 2008

Page 2 -   AFFIDAVIT OF LYNN DAVID LARSEN
          DP/gcz/TRIL0286
                                        Department of Justice
                                        1162 Court Street NE
                                        Salem, OR 97301-4096
                                        (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on June 25, 2007, I served the foregoing AFFIDAVIT OF LYNN DAVID LARSEN upon the parties hereto by the method indicated below, and addressed to the following:

Steve Sady  
Federal Public Defender's Office  
101 SW Main Street  
Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

DOUGLAS Y.S. PARK #98090  
Senior Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
doug.park@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
DP/gcz/TRIK5943

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700