HARDY MYERS
Attorney General
DOUGLAS Y.S. PARK #98090
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: doug.park@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>AFFIDAVIT OF LYNN DAVID LARSEN |

STATE OF OREGON   )
                  ) ss.
County of Marion  )

I, Lynn David Larsen, being first duly sworn on oath, depose and say:

1. I am an attorney licensed to practice law in the State of Oregon and a Senior Assistant Attorney General for the State of Oregon. I am also the Attorney-in-Charge of the Department of Justice section that handles federal habeas corpus cases in the United States District Courts.

2. The above-captioned case has previously been transferred to Senior Assistant Attorney General Doug Park.

Page 1 -   AFFIDAVIT OF LYNN DAVID LARSEN
           DP/gcz/TRIL0286                    Department of Justice
                                              1162 Court Street NE
                                              Salem, OR 97301-4096
                                              (503) 947-4700

3.      Respondent has previously filed an answer and response to petitioner's habeas corpus petition, which argues that petitioner's case should be dismissed as untimely. Petitioner has now filed his memorandum in support of petition for writ of habeas corpus, which argues that petitioner's untimely filing should be excused, and also argues the merits of petitioner's claims. Additional time is needed to review and respond to petitioner's briefing.

4.      In preparing petitioner's case, our assembled the documents from petitioner's underlying state-court proceedings that were necessary to show that petitioner's case is untimely. However, respondent did not assemble the documents necessary to respond to the merits of petitioners' claims. In addition, respondent believes documents developed during petitioner's state-court proceedings will rebut petitioner's argument that his untimely filing should be excused under the "actual innocence" exception. At this time, however, our office has not yet completed assembling these other documents from petitioner's underlying state-court proceedings. A request for these documents has already been made, but our office currently has a backlog of over 100 other federal habeas cases for which we are currently assembling the documents from the petitioners' underlying state-court proceedings.

5.      Our office has not objected to any of the extensions of time previously requested by petitioner. Petitioner also requested and received a lengthy stay in this case. Nevertheless, petitioner's counsel, Mr. Steve Sady, Chief Deputy Federal Public Defender, states that petitioner objects to respondent's motion for extension of time.

6.      This is respondent's second request for an extension of time to reply to petitioner's supporting memorandum.

Page 2 -    AFFIDAVIT OF LYNN DAVID LARSEN
DP/gcz/TRIL0286                          Department of Justice
                                         1162 Court Street NE
                                         Salem, OR 97301-4096
                                         (503) 947-4700

7. Therefore, on behalf of Mr. Park, I respectfully request a 60-day extension until **October 29, 2007**, to file respondent's reply to petitioner's memorandum in support of petition for writ of habeas corpus.

LYNN DAVID LARSEN
Attorney-in-Charge

SUBSCRIBED AND SWORN to before me this 27th day of August, 2007.



Notary Public for Oregon
My Commission Expires: 7/15/11

Page 3 -   AFFIDAVIT OF LYNN DAVID LARSEN
    DP/gcz/TRIL0286
                                    Department of Justice
                                    1162 Court Street NE
                                    Salem, OR 97301-4096
                                    (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on August 27, 2007, I served the foregoing AFFIDAVIT OF LYNN DAVID LARSEN upon the parties hereto by the method indicated below, and addressed to the following:

Steve Sady  
Federal Public Defender's Office  
101 SW Main Street  
Suite 1700  
Portland, OR 97204  

\_\_\_ HAND DELIVERY  
\_\_\_ MAIL DELIVERY  
\_\_\_ OVERNIGHT MAIL  
\_\_\_ TELECOPY (FAX)  
\_\_\_ E-MAIL  
_X_ E-FILE  

DOUGLAS Y.S. PARK #98090  
Senior Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
doug.park@doj.state.or.us  
Of Attorneys for Respondent  

Page 1 -   CERTIFICATE OF SERVICE  
DP/gcz/TRIK5943  

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700