HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>NOTICE OF REASSIGNMENT OF<br>ASSISTANT ATTORNEY GENERAL |

The above-captioned case has been reassigned from Assistant Attorney General Douglas Y.S. Park to Assistant Attorney General Jacqueline Sadker.

DATED this 19th day of October, 2007.

                                        Respectfully submitted,

                                        HARDY MYERS
                                        Attorney General


                                        JACQUELINE SADKER #06497
                                        Assistant Attorney General
                                        Trial Attorney
                                        Of Attorneys for Respondent

Page 1 -   NOTICE OF REASSIGNMENT OF ASSISTANT ATTORNEY GENERAL
        JS/gcz/TRIT1949                          Department of Justice
                                          1162 Court Street NE
                                          Salem, OR 97301-4096
                                            (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on October 19, 2007, I served the foregoing NOTICE OF REASSIGNMENT OF ASSISTANT ATTORNEY GENERAL upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

\_\_\_ HAND DELIVERY  
\_\_\_ MAIL DELIVERY  
\_\_\_ OVERNIGHT MAIL  
\_\_\_ TELECOPY (FAX)  
\_\_\_ E-MAIL  
_X_ E-FILE

_____  
JACQUELINE SADKER #06497  
Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
          JS/gcz/TRIK5943

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700