HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

The issue in this case is whether petitioner has put forth sufficient evidence of his actual innocence to consider his habeas petition despite the fact that he filed it well past the one-year statute of limitations. Petitioner's Reply (Docket # 70) relied upon the standard that all petitioner need demonstrate is that, in light of the new evidence, there is a "'51% or greater chance' that *any* reasonable juror would not find the petitioner guilty beyond a reasonable doubt." Petitioner's Reply at 4 (quoting *Smith v. Baldwin*, 466 F.3d 805, 822 (9th Cir. 2006)) (emphasis added). On December 26, 2007, the en banc Ninth Circuit vacated *Smith*, the panel opinion relied upon by petitioner, and reiterated that the test is whether, in light of the new evidence, "it

Page 1 -   NOTICE OF SUPPLEMENTAL AUTHORITY

is more likely than not that *no* reasonable juror would convict [petitioner] of the relevant crime." *Smith v. Baldwin*, 2007 U.S. App. LEXIS 29743 at *29-30 (9th Cir. 2007) (en banc) (emphasis added).

In *Smith*, the petitioner presented an affidavit from his co-defendant (who initially told police that petitioner committed the murder) swearing that petitioner did not actually commit the murder and that his previous statements were false. By considering what would have happened at trial had the co-defendant actually testified consistent with his current version of events, the en banc Ninth Circuit concluded that this evidence was insufficient to pass through the actual innocence gateway. The court determined that a reasonable juror would still have ample reason to reject petitioner's defense considering the co-defendant's reduced credibility in light of other inconsistent statements. The court concluded that this did not make it "more likely than not that no reasonable juror would convict him of the relevant crime." *Id.* at *29-30.

In this case, the "new" evidence is the existence of a brother who resembles the petitioner and who is also a sex offender. Taking the *Smith* approach and examining what would have happened at trial had the evidence been presented, petitioner cannot prove that no reasonable juror would have convicted him. Had petitioner presented this evidence at trial, the prosecutor would have had the opportunity to subpoena petitioner's brother who would likely not have spontaneously confessed to this crime. The prosecutor could have also asked the victim if the brother, whom the victim had never identified as the abuser despite numerous opportunities, had abused him. Finally, even in light of the brother's existence, the victim still informed police and testified in court that petitioner is the one who abused him. Given the victim's testimony

Page 2 -   NOTICE OF SUPPLEMENTAL AUTHORITY
          JS/gcz/TRIT9167
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

implicating petitioner, the mere existence of petitioner's brother cannot make it more likely than not that *no* reasonable juror would have convicted petitioner.

DATED this 16th day of January, 2008.

        Respectfully submitted,

        HARDY MYERS
        Attorney General

        */s/ Jacqueline Sadker*

        JACQUELINE SADKER #06497
        Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4794
        Jacqueline.Sadker@doj.state.or.us
        Of Attorneys for Respondent

Page 3 -  NOTICE OF SUPPLEMENTAL AUTHORITY
    JS/gcz/TRIT9167
        Department of Justice
        1162 Court Street NE
        Salem, OR 97301-4096
        (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on January 16, 2008, I served the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

_____  
JACQUELINE SADKER #06497  
Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
JS/gcz/TRIK5943  
Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700