HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>RESPONSE TO OBJECTIONS TO FINDINGS AND RECOMMENDATION |

The Findings and Recommendations to which petitioner objects are correct and should be adopted in their entirety. Respondent continues to rely on his previously submitted exhibits and memoranda for arguments on those issues.

DATED this 1st day of April, 2008.

Respectfully submitted,

HARDY MYERS
Attorney General

JACQUELINE SADKER #06497
Assistant Attorney General
Of Attorneys for Respondent

Page 1 -   RESPONSE TO OBJECTIONS TO FINDINGS AND RECOMMENDATION
           JS/gcz/TRIK5941
                              Department of Justice
                              1162 Court Street NE
                              Salem, OR 97301-4096
                              (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on April __1__, 2008, I served the foregoing RESPONSE TO OBJECTIONS TO FINDINGS AND RECOMMENDATION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Stephen R. Sady<br>Assistant Federal Public Defender<br>101 SW Main Street, Suite 1700<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-FILE |

_____
JACQUELINE SADKER #06497
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
          JS/gcz/TRIK5943                  Department of Justice
                                           1162 Court Street NE
                                           Salem, OR 97301-4096
                                           (503) 947-4700