Stephen R. Sady, OSB #81099
Chief Deputy Federal Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org

Attorney for Petitioner

FILED'08 SEP 04 13:58USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CL |
| Petitioner, | ORDER FOR ISSUANCE OF SUBPOENAS PURSUANT TO RULE 6 OF THE RULES GOVERNING SECTION 2254 CASES |
| vs. | |
| **ROBERT LAMPERT,** | |
| Respondent. | |

IT IS ORDERED that the clerk issue five (5) subpoenas to petitioner's counsel as requested to be served on behalf of petitioner at government expense, the costs incurred by the process are to be paid in the same manner in which similar costs are paid in the case of witnesses subpoenaed on behalf of the government, as provided by 28 U.S.C. § 1825(b).

SO ORDERED this 4 day of Sept., 2008.

*Owen M. Panner*
Owen M. Panner
United States District Court Judge

Submitted by:

*/s/ Stephen R. Sady*
Stephen R. Sady
Attorney for Petitioner

Page 2   ORDER FOR ISSUANCE OF SUBPOENAS PURSUANT TO RULE 6 OF THE RULES GOVERNING SECTION 2254 CASES