**Stephen R. Sady, OSB #81099**
**Chief Deputy Federal Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: Steve_Sady@fd.org**

**Attorney for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CL |
| Petitioner, | **AFFIDAVIT IN SUPPORT OF** |
| | **MOTION FOR WRIT OF HABEAS** |
| vs. | **CORPUS AD PROSEQUENDAM** |
| **ROBERT LAMPERT,** | |
| Respondent. | |

STATE OF OREGON     )
                     ) ss.
County of Multnomah  )

I, Stephen R. Sady, being first duly sworn, hereby depose and say:

This Court has scheduled an evidentiary hearing in the above captioned case on October 30, 2008, at the Federal Courthouse in Portland, Oregon.  Mr. Lee's presence at the hearing is required under because the writ presents issues of fact, as well as law:

**Page 1    AFFIDAVIT IN SUPPORT OF MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDAM**

>Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.

28 U.S.C. § 2243.  Moreover, Mr. Lee's presence is required for consultation with counsel during the hearing.

Dated this 26th day of September, 2008.

                          /s/ Stephen R. Sady
                          Stephen R. Sady
                          Attorney for Petitioner

Subscribed and sworn to before me this 26th day of September, 2008.

                          /s/ Jill C. Dozark
                          Notary Public for Oregon