**Stephen R. Sady, OSB #81099**
**Chief Deputy Federal Defender**
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: Steve_Sady@fd.org

**Attorney for Petitioner**

FILED'08 SEP 26 15:09USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD LEE,** | Civ. No. 02-300-CL |
| Petitioner, | **WRIT OF HABEAS CORPUS AD PROSEQUENDAM** |
| vs. | |
| **ROBERT LAMPERT,** | |
| Respondent. | |

TO:  Mr. Brian Belleque, Superintendent
     Oregon State Penitentiary, Salem, Oregon

Pursuant to 28 U.S.C. §2241(c)(5), you are directed to deliver the body of Richard Lee, a prisoner in your custody in the Oregon State Penitentiary, Salem, Oregon, to the United States Marshal for the District of Oregon, or his duly authorized representative, who is hereby directed to produce said prisoner in this Court on October 30, 2008, at 10:00 a.m.,

**Page 1   WRIT OF HABEAS CORPUS AD PROSEQUENDAM**

for the purpose of participating in a federal habeas corpus hearing. Any costs incurred by this process shall be paid in the same manner in which similar costs are paid in the case of prisoners produced on behalf of the government.

IT IS FURTHER ORDERED that the United States Marshal for the District of Oregon, or his duly authorized representative, shall deliver the custody of Richard Lee to the Oregon State Penitentiary, Salem, Oregon, at the conclusion of said hearter.

SO ORDERED this 26 day of September, 2008.

The Honorable ~~Owen M. Panner~~ Mark O. Clarke
United States ~~District Judge~~
Magistrate Judge

Page 2   WRIT OF HABEAS CORPUS AD PROSEQUENDAM