HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>AFFIDAVIT OF JACQUELINE SADKER |

STATE OF OREGON    )
                                  ) ss.
County of Marion      )

    I, Jacqueline Sadker, being first duly sworn, depose and say:

    1.    I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

    2.    I am counsel for respondent in the above-captioned case.

    3.    Evidentiary hearing and oral argument in this case is currently set for October 30, 2008. Respondent respectfully moves this court for an order granting a 60-day extension of time for this evidentiary hearing.

Page 1 -    AFFIDAVIT OF JACQUELINE SADKER
            JS/gcz/1065867
                                          Department of Justice
                                          1162 Court Street NE
                                          Salem, OR 97301-4096
                                          (503) 947-4700

4. I have been unable to locate the victim, who, in addition to having an interest and a stake in being apprised of these proceedings, is the only eyewitness to petitioner's crime.

5. In the briefing thus far in this case, petitioner appears to base a significant portion of his actual innocence claim on attacks to the victim's credibility. Such challenges call for providing the victim the opportunity to testify. Holding the hearing without giving the victim the opportunity to be present, particularly when his credibility appears to be at issue, is manifestly contrary to the interests of justice.

6. I have filed motions in state court to obtain the identity of the victim, who was adopted after the commission of this crime, and have several other investigative leads as to his whereabouts. I am optimistic that we will receive a ruling on the motions and locate the victim if given a little more time.

7. It would be extremely difficult to assess petitioner's actual innocence without the presence of the victim and only witness, and it would be patently unfair to hold the hearing without giving the victim the opportunity to be present and testify.

8. Petitioner's counsel opposes this request for an extension of time.

9. Respondent respectfully requests a 60-day extension of time for this evidentiary hearing.

JACQUELINE SADKER
Assistant Attorney General

SUBSCRIBED AND SWORN to before me this 6th day of October, 2008.

OFFICIAL SEAL
GLORIA ZICCARDI
NOTARY PUBLIC-OREGON
COMMISSION NO. 419273
MY COMMISSION EXPIRES JULY 15, 2011

Notary Public for Oregon
My Commission Expires: 7/15/11

Page 2 - AFFIDAVIT OF JACQUELINE SADKER
JS/gcz/1065867
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on October 6, 2008, I served the foregoing AFFIDAVIT OF JACQUELINE SADKER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Stephen R. Sady<br>Assistant Federal Public Defender<br>101 SW Main Street, Suite 1700<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-FILE |

*[signature]*

JACQUELINE SADKER #06497
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
         JS/gcz/837943
                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 947-4700