HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
SUMMER R. GLEASON #921127
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us
       Summer.R.Gleason@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Respondent Robert O. Lampert hereby gives notice that Summer R. Gleason, Senior Assistant Attorney General, is now an additional counsel of record in this proceeding.

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
     JS/gcz/1097156
                              Department of Justice
                              1162 Court Street NE
                              Salem, OR 97301-4096
                              (503) 947-4700

The address for the receipt of all correspondence and pleadings remains the same.

DATED this 28th day of October, 2008.

          Respectfully submitted,

          HARDY MYERS
          Attorney General

          _____
          JACQUELINE SADKER #06497
          Assistant Attorney General
          SUMMER R. GLEASON #921127
          Senior Assistant Attorney General
          Trial Attorneys
          Tel (503) 947-4700
          Fax (503) 947-4794
          Jacqueline.Sadker@doj.state.or.us
          Summer.R.Gleason@doj.state.or.us
          Of Attorneys for Respondent

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
JS/gcz/1097156
          Department of Justice
          1162 Court Street NE
          Salem, OR 97301-4096
          (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on October 28, 2008, I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

\_\_\_ HAND DELIVERY  
\_\_\_ MAIL DELIVERY  
\_\_\_ OVERNIGHT MAIL  
\_\_\_ TELECOPY (FAX)  
\_\_\_ E-MAIL  
_X_ E-FILE

JACQUELINE SADKER #06497  
Assistant Attorney General  
SUMMER R. GLEASON #921127  
Senior Assistant Attorney General  
Trial Attorneys  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Summer.R.Gleason@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
JS/gcz/837943

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700