HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>     Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>     Respondent. | Case No. 02-300-CL<br><br>RESPONSE TO MOTION TO STRIKE |

Petitioner argues that Respondent's Exhibit 138 should be stricken because "polygraph evidence is not only inadmissible but the State should be aware that its use in these proceedings is improper based on its litigation position in *Smith v. Baldwin*, 510 F.3d 1127 (9th Cir. 2007) (en banc)." (Motion to Strike at 1).[1]

When considering the actual innocence of a petitioner, "the district court is not bound by the rules of admissibility that would govern at trial. Instead, the emphasis on 'actual innocence'

---

[1] Petitioner also correctly notes a typographical error in Reed Dinsmore's affidavit stating that the polygraph is that of Larry Lee, instead of Richard Lee. (Motion to Strike at 2). Respondent will submit an amended affidavit correcting the typographical error.

Page 1 -   RESPONSE TO MOTION TO STRIKE

allows the reviewing tribunal also to consider the probative force of relevant evidence that was either excluded or unavailable at trial." *Schlup v. Delo*, 513 U.S. 298, 327-328 (1995). The fact that polygraph evidence is not generally admissible in Oregon courts is not dispositive – the evidence need not have been admissible at trial to be considered for purposes of *Schlup*. *See id.*

Petitioner's reliance on *Smith v. Baldwin* is misplaced. In *Smith*, the court held that a polygraph could not constitute material, favorable evidence that should have been disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963). The court reasoned that "[b]ecause they are inadmissible in Oregon courts, the results of [the co-defendant's] polygraph examination do not qualify as 'evidence' for *Brady* purposes, let alone 'material evidence.'" *Smith*, 510 F.3d at 1148. In the instant case, however, respondent is not claiming that the polygraph evidence is material evidence for *Brady* purposes, but rather that it is relevant in an actual innocence hearing. Indeed, the *Smith* court clearly considered the polygraph evidence, as have other courts in similar contexts. *See, e.g., Cress v. Palmer*, 484 F.3d 844, 855 (6th Cir. 2007). Petitioner is correct that polygraph evidence is often inadmissible, and therefore, this Court can accord the appropriate weight to such evidence. *See United States v. Cordoba*, 104 F.3d 225, 228 (9th Cir. 1997) (allowing admission of such polygraph evidence but noting that its "inherent problematic nature . . . remains").[2]

///

///

///

///

---

[2] Petitioner may be arguing, without providing evidentiary support, that the respondent in *Smith v. Baldwin* argued to the three-judge panel that polygraph evidence should not be considered for any reason. However, assuming respondent made such an argument, the panel explicitly rejected it: "Even though polygraph evidence may not be admissible at trial under Oregon law, we may consider this evidence under *Schlup*." *Smith v. Baldwin*, 466 F.3d 805, 815 (9th Cir. 2006), *vacated on other grounds by*, 510 F.3d 1127 (9th Cir. Or. 2007) (en banc). There is no support for the proposition that a litigant is bound by previous arguments that courts have explicitly rejected.

Page 2 -    RESPONSE TO MOTION TO STRIKE

For the foregoing reasons, petitioner's motion to strike should be denied.

DATED this 29th day of October, 2008.

Respectfully submitted,

HARDY MYERS
Attorney General

JACQUELINE SADKER #06497
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Of Attorneys for Respondent

Page 3 -   RESPONSE TO MOTION TO STRIKE

## CERTIFICATE OF SERVICE

I certify that on October 29, 2008, I served the foregoing RESPONSE TO MOTION TO STRIKE upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
\_\_\_ E-MAIL
_X_ E-FILE

JACQUELINE SADKER #06497
Assistant Attorney General
SUMMER R. GLEASON #921127
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Summer.R.Gleason@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
JS/gcz/837943

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700