HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT O. LAMPERT,<br><br>　　　　Respondent. | Case No. 02-300-CL<br><br>AMENDED EXHIBIT 138 |

Respondent submits the following amended Exhibit 138 with his response:

1.　　Exhibit 138:　Corrected Affidavit of Reed Dinsmore

DATED this 29th day of October, 2008.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　HARDY MYERS
　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　_/s/ Jacqueline Sadker_
　　　　　　　　　　　　　　　JACQUELINE SADKER #06497
　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　Tel (503) 947-4700
　　　　　　　　　　　　　　　Fax (503) 947-4794
　　　　　　　　　　　　　　　Jacqueline.Sadker@doj.state.or.us
　　　　　　　　　　　　　　　Of Attorneys for Respondent

Page 1 -　AMENDED EXHIBIT 138
　　　　　JS/js3/JUSTICE-#1100374-v1-Lee_300_Amended_Exhibit_138.DOC
　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　1162 Court Street NE
　　　　　　　　　　　　　　　Salem, OR 97301-4096
　　　　　　　　　　　　　　　　(503) 947-4700

HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| RICHARD R. LEE, | Case No. 02-300-CL |
|---|---|
| Petitioner, | CORRECTED AFFIDAVIT OF REED DINSMORE |
| v. | |
| ROBERT O. LAMPERT, | |
| Respondent. | |

STATE OF OREGON  )
                 ) ss.
County of Linn   )

I, Reed Dinsmore, being first duly sworn, depose and say:

1.   I am an attorney licensed to practice law in the State of Oregon and a Deputy District Attorney for the Linn County District Attorney's Office.

2.   In my capacity as a Linn County Deputy District Attorney, I am one of the custodians of records, which are routinely maintained in the regular course of business of the Linn County District Attorney's Office.


RESPONDENT'S EXHIBIT 138 02-300-CL

Page 1 -   CORRECTED AFFIDAVIT OF REED DINSMORE
           JS/gcz/1065867                 Department of Justice
                                          1162 Court Street NE
                                          Salem, OR 97301-4096
                                          (503) 947-4700

3.  The Oregon Department of Justice contacted the Linn County District Attorney's Office and requested a copy of the polygraph results for Richard Robert Lee, which arose from my office's prosecution of him in *State of Oregon v. Richard Robert Lee*, Linn County Circuit Court Case No. 94071507.

4.  I verify that the attached document is a true and accurate copy of the polygraph results that were provided to the Oregon Department of Justice. *See* Attachment No. 1.

_____
REED DINSMORE
Deputy District Attorney

SUBSCRIBED AND SWORN to before me this 28th day of October, 2008.

OFFICIAL SEAL
REGINA L RILEY
NOTARY PUBLIC-OREGON
COMMISSION NO. 428612
MY COMMISSION EXPIRES MAY 12, 2012

_____
Notary Public for Oregon
My Commission Expires: May 12, 2012

Page 2 -   CORRECTED AFFIDAVIT OF REED DINSMORE
JS/gcz/1065867
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

ATTACHMENT #1

# INCIDENT REPORT

**LINN COUNTY SHERIFF'S OFFICE**
**ART J. MARTINAK - SHERIFF**

1. INCIDENT NUMBER: 94-12111
2. CONNECT NUMBER: APD #94-12319

( )Brownsville ( )Halsey ( )Harrisburg
( )Lyons ( )Millersburg ( )Mill City ( )Scio

Master ___ OFC ___
Sheriff ___ JUV ___
D.A. ___ BII ___
A.F. ___ DET ___
Other ___ Other ___

3. INCIDENT: AOA/POLYGRAPH EXAMINATION/SODOMY
4. LOCATION: Linn County Sheriff's Office, Albany, Oregon
5. UCR CLASSIFICATION:
7. RPT'D DATE/TIME: 08-30-94 1310 hrs.
8. OCC'D DATE/TIME: 08-30-94 1310 hrs.

## OTHER PERSONS

9. NAME (FIRM IF BUSINESS): (C) CARLILE, Jason
13. ADDRESS: District Attorney of Linn County
15. BUS. PHONE: 967-3836

17. NAME: (V) HENDRICKS, Matthew Daniel
18. D.O.B.: 05-07-89
19. RACE/SEX: WM
21. ADDRESS: 634 SE 32nd Avenue, Albany, Oregon
22. RES. PHONE: 967-8706

25. NAME: (IR) REID, Forrest
29. ADDRESS: Atty. at Law, P.O. Box 577, Albany
31. BUS. PHONE: 926-3833

## SUSPECTS OR LOCATE PERSONS

57.
LEE, Richard Robert

WMA, DOB: 12-26-59

638 SE 32nd, Apt. #1, Albany, Oregon

Message phone #926-7907

89. REPORTING OFFICER(S): [signature]

**SUMMARY:**

Albany Police investigated a sex abuse in which Richard Robert Lee was identified as the perpetrator of the sex abuse/sodomy.

**PERSONS MENTIONED:**

    REID, Forrest
    Attorney At Law
    (ATTORNEY FOR RICHARD ROBERT LEE)

    Linn County District Attorney Jason CARLILE

    HENDRICKS, Matthew Daniel
    WMJ, DOB: 05-07-89
    (VICTIM)

    LEE, Richard Robert
    WMA, DOB: 12-26-59
    (SUSPECT)

**ACTION TAKEN:**

Writer was contacted by Attorney Forrest Reid who stated that his client, Richard Robert Lee, had requested to take a polygraph. Mr. Reid stated he had contacted the Linn County District Attorney, Jason Carlile, and arrangements were made where Richard Robert Lee, who is currently incarcerated at the Linn County Jail, to be given the opportunity to take a polygraph at Writer's earliest convenience.

Writer did receive a photocopy of a letter addressed to

Page 1
#94-12111

Forrest Reid from the District Attorney's Office, stating that an agreement had been reached that Richard Robert Lee could take a polygraph examination to try to ascertain whether the State would dismiss charges against Mr. Richard Lee.

On 08-30-94 at 1310 hours, Writer met with Richard Robert Lee at the Linn County Courthouse. Richard Lee had been brought over by the corrections staff at the Linn County Jail.

At this time, Richard Robert Lee was advised of his rights both verbally and by reading the Linn County Sheriff's Office Polygraph Permission Form. Richard Lee advised he completely understood his rights and did sign the form. He did participate in all the necessary aspects of the polygraph examination.

Richard Lee stated he had already contacted his attorney, Forrest Reid, and did understand that there was an agreement between his attorney, Forrest Reid, and the District Attorney's Office that if he passed this polygraph the charges against him would be dismissed.

Writer did show him a photocopy of the letter received from the Linn County District Attorney's Office.

A pretest interview was conducted, during which time Richard Robert Lee gave the following information:

Page 2
#94-12111

Specifically he had been incarcerated at Oregon State Correctional Institution from 07-29-88 through 05-27-93 for the crime of Manslaughter. He got out on parole and his original parole officer was Jennifer Cameron and now it is Buck Brenham.

Mr. Lee stated after he got out of OSCI he stayed with his brother. At that time he was going to school and working at the Herford Steer Restaurant. Sometime after that he made arrangements with Cheryl Lee, who is an ex-sister-in-law, to visit. He usually visited about once a week or less and usually his brother or his ex-brother-in-law was with him when he met with Cheryl Lee at her apartment over at 3510 SE Oak, Apt. #16 in Albany. Cheryl Lee had another boyfriend at the apartment at that time, being Robert Nachan.

Richard Lee stated he finally moved in with Cheryl Lee on 01-01-94 and stayed there until January 31, 1994.

During the months of September through December he was always working from 9 p.m. to 9 a.m. and then he was either with his girlfriend or his brother and he does know that Matthew's parents live on southwest 32nd Street and that's where Cheryl Lee did the baby-sitting of Matthew and the other two siblings at the residence.

As far as Richard Lee knows, Cheryl Lee did not ever

Page 3
#94-12111

bring the kids over to her residence at 3510 SW Oak, as far as he can recall at this time.

Then Richard Lee went on to state they might have been there, but he doesn't ever remember being there.

Richard Lee stated he had never gone over to the Hendrick's residence (parents of Cheryl).

At this time, Richard Lee stated, "If you put five children in front of me, I would not be able to recognize Matthew Hendricks from any of the others."

Richard Lee went on to state that he does have a brother that looks exactly like him, except he has a receding hairline.

At this time Writer then stated that according to the report he, apparently, cared for the children at least 3 times when Cheryl Lee went to the store for groceries and Richard stated that's impossible, he never baby-sat the kids.

During the month of January 1994 he was working 4 days on and 3 days off.

Regarding the statement about him wrestling with Matthew Hendricks, Richard Lee went on to state that could not be right because he would never wrestle with any 5-year-old.

Writer then informed Richard Lee that according to the

Page 4
#94-12111

police report, Cheryl Lee had confronted him about the supposed touching and Richard Lee had told her that he had been wrestling. At this time, Richard Lee stated Cheryl Lee had never confronted him about this and he never said anything to Cheryl Lee about wrestling with a 5-year-old, especially Matthew.

Writer then specifically asked Richard Lee, "Did you place your mouth on Matthew's penis?" Richard Lee stated, "Never".

Writer then specifically asked Richard Lee, "Did you ever have Matthew place his mouth on your penis?" Richard Lee stated, "Hell no".

Richard Lee stated he was quite nervous about taking this polygraph examination, but he did want to take the polygraph to clear his name concerning this incident.

Richard Robert Lee was given a polygraph examination on a Stoelting 4 Channel Polygraph. The examination conducted was of the Backster Zone Comparison Test Technique, (You Phase), employing three (3) relevant questions, three (3) control questions, three (3) neutral questions and one (1) symptomatic question. All of the questions used on the polygraph examination were reviewed with Richard Lee prior to instrumentation.

Page 5
#94-12111

The following is a list of the relevant questions used on the three charts of the polygraph examination:

1) Whether you, yourself, were involved in molesting Matthew Hendricks, do you intend to answer truthfully each question about that?
ANSWER: Yes.

2) Did you, yourself, place your penis, even a little ways, into Matthew's mouth?
ANSWER: No.

3) Did you, yourself, place your mouth over Matthew Hendricks penis at Cheryl's apartment?
ANSWER: No.

The subject exhibited significant and consistent emotional responses to the above-listed relevant questions. Based on the evaluation of these responses, it is the opinion of this examiner that the subject is not telling the truth in his answers to the above-listed relevant questions.

At this time, Writer invited Richard Lee into the interview room and did inform him that he was being deceptive in his answers to the relevant questions.

At this time, Richard Lee stated that was not right, that he was being truthful in his answers.

Writer did inform Richard Lee that this information would be passed onto Attorney Forrest Reid and the District Attorney's Office for their further action.

**ACTION RECOMMENDED:**

Copy of this report to be forwarded to the Linn County

Page 6
#94-12111

District Attorney's Office.

## CERTIFICATE OF SERVICE

I certify that on October 29, 2008, I served the foregoing AMENDED EXHIBIT 138 upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

JACQUELINE SADKER #06497  
Assistant Attorney General  
SUMMER R. GLEASON #921127  
Senior Assistant Attorney General  
Trial Attorneys  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Summer.R.Gleason@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
JS/gcz/837943

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700