HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>THIRD SUPPLEMENTAL EXHIBITS TO ANSWER |

Respondent submits the following supplemental exhibit with his response:

1.  <u>Exhibit 142</u>:   Affidavit of Matthew Miller

    DATED this 29th day of October, 2008.

                Respectfully submitted,

                HARDY MYERS
                Attorney General

                */s/ Jacqueline Sadker*
                _____
                JACQUELINE SADKER #06497
                Assistant Attorney General
                Trial Attorney
                Tel (503) 947-4700
                Fax (503) 947-4794
                Jacqueline.Sadker@doj.state.or.us
                Of Attorneys for Respondent

Page 1 -   THIRD SUPPLEMENTAL EXHIBITS TO ANSWER
          JS/js3/JUSTICE-#1100346-v1-Lee_300_Third_Supplemental_Exhibits_to_Answer.DOC
          Department of Justice
          1162 Court Street NE
          Salem, OR 97301-4096
          (503) 947-4700

HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>AFFIDAVIT OF MATTHEW MILLER |

STATE OF IDAHO    )
                            ) ss.
County of Canyon  )

    I, Matthew Miller, being first duly sworn, depose and say:

    1.    I was formerly known as Matthew Hendricks.

    2.    I have reviewed the police report related to Richard Robert Lee's crimes committed against me. I also have reviewed my own trial testimony and the trial testimony of the Detective John Fowler that was given in *State of Oregon v. Richard Robert Lee*, Linn County Circuit Court Case No. 94071507. I agree with the statements and information contained in these documents.

Page 1 -  AFFIDAVIT OF MATTHEW MILLER
            JS/gcz/1065867
                                        Department of Justice
                                        1162 Court Street NE
                                        Salem, OR 97301-4096
                                        (503) 947-4700



RESPONDENT'S EXHIBIT 142 02-300-CL

3. I was sexually abused by Richard Robert Lee.

4. I was not sexually abused by Larry Gary Lee.

_____
MATTHEW MILLER

SUBSCRIBED AND SWORN to before me this 29 day of October, 2008.



_____
Notary Public for Idaho
My Commission Expires: 1-10-2011

Page 2 - AFFIDAVIT OF MATTHEW MILLER
JS/gcz/1065867
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on October 29, 2008, I served the foregoing THIRD SUPPLEMENTAL EXHIBITS TO ANSWER upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

\_\_\_ HAND DELIVERY  
\_\_\_ MAIL DELIVERY  
\_\_\_ OVERNIGHT MAIL  
\_\_\_ TELECOPY (FAX)  
\_\_\_ E-MAIL  
_X_ E-FILE

JACQUELINE SADKER #06497  
Assistant Attorney General  
SUMMER R. GLEASON #921127  
Senior Assistant Attorney General  
Trial Attorneys  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Summer.R.Gleason@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
JS/gcz/837943

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700