JOHN R. KROGER
Attorney General
JACQUELINE SADKER #064972
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Jacqueline.Sadker@doj.state.or.us
        Summer.R.Gleason@doj.state.or.us
        Andrew.Hallman@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

    Respondent Robert O. Lampert hereby gives notice that Andrew Hallman, Assistant Attorney General, is now an additional counsel of record in this proceeding.

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
    JS/gcz/1244237                         Department of Justice
                                          1162 Court Street NE
                                          Salem, OR 97301-4096
                                          (503) 947-4700

The address for the receipt of all correspondence and pleadings remains the same.

DATED this 12th day of January, 2009.

Respectfully submitted,

JOHN R. KROGER
Attorney General

_____
JACQUELINE SADKER #06497
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Summer.R.Gleason@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
        JS/gcz/1244237
                                Department of Justice
                                1162 Court Street NE
                                Salem, OR 97301-4096
                                  (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on January 12, 2009, I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Stephen R. Sady<br>Assistant Federal Public Defender<br>101 SW Main Street, Suite 1700<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-FILE |

JACQUELINE SADKER #06497
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Summer.R.Gleason@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
          JS/gcz/837943

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700