FILED' 09 MAR 24 10:28 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RICHARD LEE, | ) | CV 02-300-CL |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT LAMPERT, | ) | |
| | ) | |
| Respondent. | ) | |

**PANNER, Judge.**

The Amended Petition for Writ of Habeas Corpus is granted. The convictions at issue are vacated. Within 120 days following entry of judgment, excepting delays otherwise excludable under any applicable speedy trial laws, the State of Oregon must retry Richard Lee or release him from custody. Whether Lee remains in custody pending any retrial shall be determined by Oregon courts in accordance with the laws of that state.

DATED this 24th day of March, 2009.

OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

1- JUDGMENT