JOHN R. KROGER
Attorney General
JACQUELINE SADKER #064972
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us
       Summer.R.Gleason@doj.state.or.us
       Andrew.Hallman@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD LEE,<br><br>   Petitioner,<br><br> v.<br><br>ROBERT LAMPERT,<br><br>   Respondent. | Case No. CV 02-300-CL<br><br>OPPOSED MOTION TO STAY JUDGMENT PENDING APPEAL |

   Respondent respectfully moves the Court under Federal Rule of Civil Procedure 62(c) for an order staying the judgment entered on March 24, 2009, pending the State's appeal to the Ninth Circuit. Pursuant to L.R. 7.1(a), counsel certifies that Petitioner's attorney, Stephen R. Sady, Chief Deputy Federal Public Defender, was contacted and OBJECTS to the motion.

Page 1 -  OPPOSED MOTION TO STAY JUDGMENT PENDING APPEAL
   AH/ah1/1349988

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-1888

The accompanying memorandum and affidavit supports the motion.

DATED this 2nd day of April, 2009.

    Respectfully submitted,

    JOHN R. KROGER
    Attorney General

    _____
    JACQUELINE SADKER #06497
    SUMMER R. GLEASON #921127
    ANDREW HALLMAN #083480
    Assistant Attorneys General
    Tel (503) 947-4700
    Fax (503) 947-4794
    Jacqueline.Sadker@doj.state.or.us
    Summer.R.Gleason@doj.state.or.us
    Andrew.Hallman@doj.state.or.us
    Of Attorneys for Respondent

Page 2 -   OPPOSED MOTION TO STAY JUDGMENT PENDING APPEAL
    AH/ah1/1349988

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-1888

## CERTIFICATE OF SERVICE

I certify that on April 2, 2009, I served the foregoing OPPOSED MOTION TO STAY JUDGMENT PENDING APPEAL upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

*[signature]*

JACQUELINE SADKER #06497  
SUMMER R. GLEASON #921127  
ANDREW HALLMAN #083480  
Assistant Attorneys General  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Summer.R.Gleason@doj.state.or.us  
Andrew.Hallman@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
JS/gcz/837943-v1

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700