JOHN KROGER
Attorney General
JEROME LIDZ
Solicitor General
KATHLEEN CEGLA
Attorney-in-Charge
Collateral Remedies
Department of Justice
1162 Court Street NE
Salem, OR 97310
Telephone: (503) 378-4402

Attorneys for Respondent-Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner-Appellee.<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent-Appellant. | USDC No: 02-300-CL<br><br>USCA No.: _____<br><br>REPRESENTATION STATEMENT |

    Pursuant to Circuit Rule 3-2, cross-appellant Robert O. Lampert submits this representation statement.

    The adverse parties to this appeal are:

| | |
|---|---|
| <u>Respondent-Appellant</u><br>Robert O. Lampert | <u>Petitioner-Appellee</u><br>Richard R. Lee |

/ / / / /

/ / / / /

Page 1 -   REPRESENTATION STATEMENT
          KMC:bmg\1344945

The names, addresses and telephone numbers of the attorneys are:

| Attorneys for Respondent-Appellant | Attorney for Petitioner-Appellee |
|---|---|
| JOHN KROGER<br>Attorney General<br>JEROME LIDZ<br>Solicitor General<br>KATHLEEN CEGLA<br>Attorney-in-Charge<br>Collateral Remedies<br>1162 Court Street, NE<br>Salem, OR 97310-4096<br>  Telephone: (503) 378-4402<br>  Fax: (503) 378-6306 | STEPHEN R. SADY<br>Office of the Federal Public Defender<br>101 SW Main Street<br>Suite 1700<br>Portland, OR 97204<br>  Telephone: (503)326-2123<br>  Fax: (503) 326-5524 |

Respectfully submitted,

JOHN KROGER
Attorney General
JEROME LIDZ
Solicitor General

*[signature]*

KATHLEEN CEGLA
Attorney-in-Charge
Collateral Remedies
Attorneys for Respondent-Appellant

Page 2 -   REPRESENTATION STATEMENT
          KMC:bmg\1344945

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 37804402