JOHN R. KROGER
Attorney General
JACQUELINE SADKER #064972
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Jacqueline.Sadker@doj.state.or.us
        Summer.R.Gleason@doj.state.or.us
        Andrew.Hallman@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT O. LAMPERT,<br><br>  Respondent. | Case No. 02-300-CL<br><br>MOTION FOR NO-CONTACT ORDER |

  Respondent respectfully moves the Court for an order prohibiting petitioner, Richard Lee, from contacting or attempting to contact Matthew Hendricks, the victim, or any members of his family. This Court stated in the Opinion and Order denying respondent's motion to stay that it would enter an order prohibiting such contact upon request. (Opinion and Order, 9). Respondent has submitted a proposed order for the Court's consideration.

Page 1 -   MOTION FOR NO-CONTACT ORDER
  JS/js3/837938-v1
              Department of Justice
              1162 Court Street NE
              Salem, OR 97301-4096
              (503) 947-4700

Pursuant to L.R. 7.1(a), counsel certifies that petitioner's attorney OBJECTS to the motion.

The accompanying affidavit of Jacqueline Sadker supports this motion.

DATED this 24th day of April, 2009.

        Respectfully submitted,

        JOHN R. KROGER
        Attorney General

        _____ for
        ANDREW HALLMAN #083480
        Assistant Attorney General
        Trial Attorney
        Tel (971) 673-2192
        Fax (971) 673-1888
        Andrew.hallman@doj.state.or.us
        Of Attorneys for Respondent

Page 2 -   MOTION FOR NO-CONTACT ORDER
    JS/js3/837938-v1
                            Department of Justice
                            1162 Court Street NE
                            Salem, OR 97301-4096
                            (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on April 24, 2009, I served the foregoing MOTION FOR NO-CONTACT ORDER upon the parties hereto by the method indicated below, and addressed to the following:

Stephen R. Sady  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

JACQUELINE SADKER #06497  
SUMMER R. GLEASON #921127  
ANDREW HALLMAN #083480  
Assistant Attorneys General  
Tel (503) 947-4700  
Fax (503) 947-4794  
Jacqueline.Sadker@doj.state.or.us  
Summer.R.Gleason@doj.state.or.us  
Andrew.Hallman@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
            JS/gcz/837943-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700