JOHN R. KROGER
Attorney General
JACQUELINE SADKER #064972
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us
       Summer.R.Gleason@doj.state.or.us
       Andrew.Hallman@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT O. LAMPERT,<br><br>    Respondent. | Case No. 02-300-CL<br><br>AFFIDAVIT OF JACQUELINE SADKER IN SUPPORT OF MOTION FOR NO-CONTACT ORDER |

STATE OF OREGON    )
                             ) ss.
County of Marion      )

    I, Jacqueline Sadker, being first duly sworn, depose and say that:

    1.    I am an Assistant Attorney General for the Oregon Department of Justice. I represent respondent in the above-captioned proceeding.

Page 1 -    AFFIDAVIT OF JACQUELINE SADKER IN SUPPORT OF MOTION FOR NO-CONTACT ORDER
JS/js3/837938-v1
                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 947-4700

2. To prepare for the evidentiary hearing held in this case, I contacted the victim, Matthew Hendricks. Mr. Hendricks maintains that petitioner sexually abused him.

3. When petitioner was released from prison, he was subject to the following no-contact order:

> Offender shall have no contact direct or indirect with those listed below: No contact with, including direct or indirect, second or third party or knowingly be within 100 feet of the residence, employment, school, daycare or motor vehicle without prior written consent of the parole officer with Matthew Hendricks or his family.

(Aff. of Henderson, Docket #116, Att. 2, p. 9).

4. In its Opinion and Order denying the motion to stay, this Court stated: "[I]t is unlikely that Matthew or his family, or any witnesses in this case, will have any contact with Richard Lee, regardless of whether a stay is granted or denied. Upon request, the Court will enter an order prohibiting such contact." (Opinion and Order, Docket #124, 9).

5. It would be in Mr. Hendricks's best interest to maintain this no-contact order. Respondent is unaware of any reason why petitioner would need to contact Mr. Hendricks. Although respondent has no reason to suspect that petitioner will try to do so, a no-contact order would assuage any concerns of the victim.

Jacqueline Sadker
Assistant Attorney General

SUBSCRIBED and SWORN to before me this 24th day of April, 2009.

OFFICIAL SEAL
MARTIE TAYLOR
NOTARY PUBLIC-OREGON
COMMISSION NO. 428097
MY COMMISSION EXPIRES JUNE 30, 2012

Notary Public for Oregon
My Commission Expires: 6-30-2012

Page 2 - AFFIDAVIT OF JACQUELINE SADKER IN SUPPORT OF MOTION FOR NO-CONTACT ORDER

JS/js3/837938-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on April 24, 2009, I served the foregoing AFFIDAVIT OF JACQUELINE SADKER IN SUPPORT OF MOTION FOR NO-CONTACT ORDER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Stephen R. Sady<br>Assistant Federal Public Defender<br>101 SW Main Street, Suite 1700<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-FILE |

JACQUELINE SADKER #06497
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
Summer.R.Gleason@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
          JS/gcz/837943-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700