JOHN R. KROGER
Attorney General
JACQUELINE SADKER #064972
SUMMER R. GLEASON #921127
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us
       Summer.R.Gleason@doj.state.or.us
       Andrew.Hallman@doj.state.or.us

Attorneys for Respondent

FILED'09 APR 30 12:46 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD R. LEE, | Case No. 02-300-CL |
| Petitioner, | NO-CONTACT ORDER |
| v. | |
| ROBERT O. LAMPERT, | |
| Respondent. | |

This matter comes before the Court on Respondent's Motion for No-Contact Order. The Court, having been duly appraised, ORDERS:

1. Petitioner shall have no contact with Matthew Hendricks or any member of his family without prior consent of this Court. Contact includes direct or indirect contact, including second or third party contact.

2. Petitioner shall not knowingly be within 100 feet of the residence, employment, school, or motor vehicle of Matthew Hendricks or a member of his family without prior written consent of the Court.

IT IS SO ORDERED.

DATED this ___ day of April, 2009.

_____
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

Submitted by:

ANDREW HALLMAN #083480
Assistant Attorney General
Trial Attorney
Tel (971) 673-2192
Fax (971) 673-1888
Andrew.hallman@doj.state.or.us
Of Attorneys for Respondent