FILED

JUN 29 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD R. LEE, <br><br> Petitioner - Appellee, <br><br> v. <br><br> ROBERT O. LAMPERT, <br><br> Respondent - Appellant. | No. 09-35276 <br><br> D.C. No. 1:02-cv-00300-OMP <br> District of Oregon, <br> Medford <br><br> ORDER |

Before: PAEZ and TALLMAN, Circuit Judges.

Appellant's motion to file affidavit and exhibits under seal is granted.

Appellant's motion to stay the district court's March 24, 2009 judgment pending appeal is granted.

The court *sua sponte* expedites the hearing of this appeal.

Appellant's motion to extend the time to file the opening brief is denied.

The opening brief is due July 20, 2009; the answering brief is due August 19, 2009; and the reply brief is due September 2, 2009. No motions to extend the time to file the briefs will be entertained.

The Clerk shall calendar this case during the week of October 5-9, 2009, in Portland, Oregon.

SNR/MOATT