FILED'11 AUG 3 16:23USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD R. LEE,

    Petitioner,

Civ. No. 02-300-CL

v.

**ORDER**

ROBERT O. LAMPERT,

    Respondent.

**PANNER, District Judge:**

In accordance with the August 2, 2011 opinion of the Ninth Circuit Court of Appeals, the petition is dismissed as untimely.

IT IS SO ORDERED.

DATED this 3 day of August, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER