FILED'11 AUG 3 16:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD R. LEE,

    Petitioner,          Civ. No. 02-300-CL

  v.                      JUDGMENT

ROBERT O. LAMPERT,

    Respondent.

PANNER, District Judge:

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this _3_ day of August, 2011.

                               OWEN M. PANNER
                               U.S. DISTRICT JUDGE

1 - JUDGMENT