**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD R. LEE, | No. 09-35276 |
|       Petitioner - Appellee, | D.C. No. 1:02-cv-00300-CL<br>District of Oregon,<br>Medford |
| v. | |
| ROBERT O. LAMPERT, | ORDER |
|       Respondent - Appellant. | |

Before: KOZINSKI, Chief Judge, SCHROEDER, PREGERSON, THOMAS, McKEOWN, W. FLETCHER, PAEZ, BERZON, RAWLINSON, CLIFTON, and M. SMITH, Circuit Judges.

    Appellant-Respondent's motion for a 30-day extension of time in which to file its petition for rehearing of the en banc opinion in this case is GRANTED.

Appellant-Respondent's petition for rehearing is due September 15, 2011.