UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD R. LEE,<br><br>　　　　Petitioner - Appellee,<br><br>　v.<br><br>ROBERT O. LAMPERT,<br><br>　　　　Respondent - Appellant. | No. 09-35276<br><br>D.C. No. 1:02-cv-00300-CL<br>U.S. District Court for Oregon, Medford<br><br>**MANDATE** |

The judgment of this Court, entered August 02, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Gabriela Van Allen
　　　　　　　　　　　　　　　　Deputy Clerk